IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERA FRANCHISE SYSTEMS, LLC, <br> f/k/a ERA FRANCHISE SYSTEMS, INC, | ) <br> ) <br> ) | CASE NO. 8:08-cv-149 |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) <br> ) | |
| REALTY LINC, INC., d/b/a ERA REALTY CENTER, a Nebraska Corporation, <br> GARY T. THOMPSON, an Individual, and <br> THOMPSON INVESTMENTS, INC., a <br> Nebraska Corporation, | ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants. | ) <br> ) | |

Upon the written Unopposed Motion of Defendants, and for good cause shown, Defendants' Unopposed Motion for Extension of Time to File and Serve Evidence and Brief in Opposition to Plaintiff's Motion for Summary Judgment is GRANTED, and Defendants are given an extension of time, to and until July 2, 2009, in which to file and serve any evidence and brief in opposition to Plaintiff's Motions for Summary Judgment.

DATE:  June 18, 2009.

s/ Joseph F. Bataillon
United States District Judge

Prepared and Submitted By:
Mark J. Daly (NE Bar No. 15373)
Brashear LLP
711 North 108th Court
Omaha, NE 68154
402-348-1000
Defendants' Attorneys

00070867.DOC