## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ERA FRANCHISE SYSTEMS, LLC, formerly known as ERA FRANCHISE SYSTEMS, INC.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**REALTY LINC, INC., D/B/A ERA REALTY CENTER, a Nebraska corporation,** )<br>)<br>**AND** )<br>)<br>**GARY T. THOMPSON, an Individual,** )<br>)<br>**AND** )<br>)<br>**THOMPSON INVESTMENTS, INC., a Nebraska corporation,** )<br>)<br>**Defendants.** ) | Case No: 8:08-CV-149<br><br>**ORDER** |

Upon the Joint Stipulation of Dismissal With Prejudice (Doc. #76) filed by the parties herein, this case is hereby dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

DATE:  December 18, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
JUDGE JOSEPH F. BATAILLON

Prepared and Submitted By:
  Teresa L. Cauwels
  Edward R. Spalty
  Armstrong Teasdale LLP
  2345 Grand Boulevard, Suite 2000
  Kansas City, Missouri 64108-2617
  (816) 221-3420
  (816) 221-0786 (facsimile)
espalty@armstrongteasdale.com
tcauwels@armstrongteasdale.com
PLAINTIFF'S ATTORNEYS